UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SOPHIANA CILUS, :
:
:
Plaintiff, :
: 23-CV-440 (JMF)
-v- :
: ORDER
:
NYU LANGONE HOSPITALS, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- Plaintiff's letter motion to reopen depositions of Defendant's witnesses is hereby DENIED as moot as to John Davidson, and DENIED as to the two other witnesses, Gargi Mehta and Scott Mellynchuk.

- Expert discovery shall be completed no later than **January 19, 2024**.

- Defendant shall file any motion for summary judgment **within thirty days of the close of expert discovery**. Any opposition shall be filed **within three weeks of the motion**, and any reply **one week thereafter**.

The Clerk is directed to terminate ECF No. 26.

    SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                                            JESSE M. FURMAN
                                             United States District Judge